Case 1:09-cv-01987-CMA-MJW   Document 16   Filed 02/12/10   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-01987-CMA-MJW

VERONICA LEON,

    Plaintiff,

v.

K MART CORPORATION,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulated Motion To Dismiss With Prejudice (Doc. # 15).  The Court having considered Stipulated Motion To Dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED:  February __12__, 2010

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Court Judge